In the Matter of CORNELIUS FURGUESON, JR., as Executor of CORNELIUS FURGUESON, Deceased, Appellant and Respondent, against FIORELLA H. LAGUARDIA et al., Constituting the Board of Estimate and Apportionment of the City of New York, Respondents and Appellants.

Argued September 25, 1939; decided October 10, 1939.

*Isidor Neuwirth* and *Edmund J. Pickup* for petitioner, appellant and respondent.

*William C. Chanler, Corporation Counsel (Seymour B. Quel* of counsel), for defendants, respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.